Laura E. Krank
Attorney at Law: 220208
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Mitchell E. Ward

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL E. WARD, | No. 2:22-cv-1771 DB |
| Plaintiff, | STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE DEBORAH BARNES, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Mitchell E. Ward ("Ward") be awarded attorney fees and expenses in the amount of SEVEN THOUSAND FOUR HUNDRED dollars ($7,400.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.

1 This amount represents compensation for all legal services rendered on behalf of
2 Plaintiff by counsel in connection with this civil action, in accordance with 28
3 U.S.C. §§ 1920; 2412(d).

4 After the Court issues an order for EAJA fees to Ward, the government will consider the matter of Ward's assignment of EAJA fees to Law Offices of Lawrence D. Rohlfing, Inc., CPC.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Ward, but if the Department of the Treasury determines that Ward does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Ward.[1] Any payments made shall be delivered to Law Offices of Lawrence D. Rohlfing, Inc., CPC.

This stipulation constitutes a compromise settlement of Ward's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Ward and/or Laura E. Krank including Law Offices of Lawrence D. Rohlfing, Inc., CPC may have relating to EAJA attorney fees in connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

-2-

This award is without prejudice to the rights of Laura E. Krank and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: April 8, 2024        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

BY: /s/ *Laura E. Krank*[2]
_____
Laura E. Krank
Attorney for plaintiff Mitchell E. Ward

DATED: April 8, 2024

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division

/s/ *Jessamyn Hanna*
_____
JESSAMYN HANNA
Special Assistant United States Attorney
Attorneys for Defendant MARTIN O'MALLEY,
Commissioner of Social Security
(Per e-mail authorization)

---

[2] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# ORDER

Pursuant to the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses IT IS HEREBY ORDERED that fees and expenses in the amount of $7,800.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATED:  April 15, 2024                    /s/ DEBORAH BARNES
                                          UNITED STATES MAGISTRATE JUDGE